# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY DAVIS, <br><br> Petitioner, <br><br> v. <br><br> MICHAEL MARTEL, Warden, <br><br> Respondent. | Case No. CV 11-2308-JST (JEM) <br><br> **JUDGMENT** |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: 1/31/2012

JOSEPHINE STATON TUCKER
UNITED STATES DISTRICT JUDGE